**SO ORDERED.**

**SIGNED this 14 day of January, 2009.**



_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Josh Phillips, Kathleen Bogner, *Debtor* | ) |
| | ) Case No. 06-12371-ren |
| U.S. Bank, N.A., by US Bank Home Mortgage (KY) - Lenstar, loan servicing agent for *Moving Creditor* | ) |
| | ) Chapter: 13 |
| | ) |
| vs. | ) |
| | ) |
| Josh Phillips, Kathleen Bogner, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Laurie B. Williams, *Trustee* | ) |

### ORDER GRANTING RELIEF FROM STAY
### AFTER DEFAULT OF CONDITIONAL ORDER

**Now**, on this 7th day of January, 2009, this matter comes before the Court for hearing upon the Notice of U.S. Bank, N.A. by US Bank Home Mortgage (KY) - Lenstar, its subsidiaries, affiliates, predecessors in interest, successors or assigns, ("Creditor"), on its Notice of Default of the Conditional Order Granting Relief from the Automatic Stay with Curative Provisions. The appearances are Steven L. Crouch, of the firm of South & Associates, P.C.; and Josh Phillips, Kathleen Bogner, by Broc E. Whitehead. The Court makes the following findings:

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage (KY) - Lenstar  v. Josh Phillips, Kathleen  Bogner
Case No. 06-12371-ren
Chapter 13
Order Granting Relief From Stay
Page 2

1.     The parties entered into a Conditional Order Granting Relief from the Automatic Stay with Curative Provisions on November 29, 2007, which requires the Debtors to make certain payments in addition to the regular ongoing mortgage payment.

2.     The Debtors failed to comply with the terms of the Conditional Order and is in default thereof.

3.     Cause exists pursuant to 11 U.S.C §362(d) to lift the Automatic Stay

**IT IS THEREFORE BY THE COURT ORDERED** that Creditor U.S. Bank, N.A., by US Bank Home Mortgage (KY) - Lenstar, its subsidiaries, affiliates, predecessors in interest, successors or assigns, is granted relief from the automatic stay imposed under 11 U.S.C. §362 to foreclose the lien of its mortgage as to the real property described as follows:

> **Lot 11, Block 13, in BEVERLY MANOR UNIT NO. 2, an addition to Dodge City, Kansas, according to the recorded plat thereof, EXCEPT as follows:**
> **(a) A tract of land in Lot 11, Block 13, of BEVERLY MANOR UNIT NO. 2, an addition to Dodge City, described as follows:  Beginning at a point on the North line 7.5 feet East of the Norhtwest corner of Lot 11, thence South 00 degrees 34 minutes East, 25.7 feet; thence North 57 degrees 36 minutes East to a point on the North line 47.4 feet of said Northwest corner; thence North 89 degrees 16 minutes West, 39.9 feet along said North line to the place of beginning.  The above contains 512 square feet, more or less.  This conveyance is made for the purpose of a controlled access highway and the grantor hereby releases and rellinquishes to the grantee any and all abutter's rights of access to said highway, appurtenant to grantors remaining property, except and reserving, however, to the grantor, his heirs and assigns, the right of access to a frontage road which will be connected to the highway only at such points as may be established by publich authority.**
> **(b) A tract of land in Lot 11, Block 13, of BEVERLY MANOR UNIT NO. 2, an addition to Dodge City, described as follows:  Beginning at the Northeast corner of Lot 11; thence South 00 degrees 34 minutes East 24.3 feet along the East line of said lot; thence North 45 degrees 09 minutes West to a point on the Norht line, 24.4 feet West of said Northeast corner; thence**

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage (KY) - Lenstar  v. Josh Phillips, Kathleen  Bogner
Case No. 06-12371-ren
Chapter 13
Order Granting Relief From Stay
Page 3

**South 89 degrees 20 minutes East, 24.4 feet along said North line to the place of beginning.  The above contains 296 square feet, more or less**, commonly known as 2521 Howell Ave., Dodge City, KS  67801 (the "Property")

and after the sale, to pursue any other remedies the purchaser may have pursuant to the terms of the promissory note and mortgage, including enforcing rights to possession of the premises under the terms of the promissory note and mortgage and in accordance with applicable non-bankruptcy state law.

**IT IS SO ORDERED.**

### 

SOUTH & ASSOCIATES, P.C.
  *s/ Steven L. Crouch*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**


  *s/ BROC E. WHITEHEAD*
Broc E. Whitehead
310 W. Central, Suite 104
P.O. Box 636
Wichita, KS  67201
**ATTORNEY FOR DEBTOR**


File No. 65611
Case No: 06-12371-ren

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage (KY) - Lenstar  v. Josh Phillips, Kathleen  Bogner
Case No. 06-12371-ren
Chapter 13
Order Granting Relief From Stay
Page 4


_*S/ L*AURIE *B. W*ILLIAMS_____
Laurie B. Williams
225 N. Market Street, Suite 310
Wichita, KS  67202
**T**RUSTEE

File No. 65611
Case No: 06-12371-ren